UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re: Arlie Lee, III
SS#:    -0824

Debtor(s).
_____/

Case No.: 21-17904-MAM
Chapter 13

### DEBTOR'S VERIFIED MOTION FOR CONTINUATION
### OF THE AUTOMATIC STAY

The Debtor, Arlie Lee, III , by and through the undersigned attorneys, pursuant to **11 U.S.C. §362(c)(3)(B)**, files this Motion for Continuation of the Automatic Stay and state:

1. The Debtor filed the instant case on August 16, 2021. The Debtor had previously filed a voluntary Chapter 13 case on or about January 13, 2021 (case number 21-10296-EPK) which this Court dismissed without prejudice on July 15, 2021.

2. During the pendency of the prior case, a family member of the Debtor passed away, which caused the Debtor to incur unanticipated expenses associated with said family member's funeral and burial. The unanticipated expenses resulted in a default in plan payments and the Debtor unfortunately was unable to catch up, which resulted in a dismissal of his case.

3. The Debtor's expenses have since stabilized and he now has the requisite income to fund the plan in this case, with the instant anticipated to run in the normal course. The Debtor will also be seeking to save his home through this Court's Mortgage Modification Mediation program.

4. As a result of the substantial change in the financial and personal affairs of the Debtor as indicated above, the Debtor asserts that the filing of the current case is in good faith as to those creditors which are to be stayed. As such, pursuant to **11 U.S.C. §362(c)(3)(B)**, the Automatic Stay should be continued during the pendency of this case.

WHEREFORE, the Debtor respectfully requests that this Court enter an Order: (1) continuing the Automatic Stay as to all creditors during the pendency of this case; and (2) providing any other relief that this Court deems just and proper.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth and Local Rules 2090-1(A).

## VERIFICATION PURSUANT TO LOCAL RULE 4001-1(L)

I, Arlie Lee, III, declare under penalty of perjury that the foregoing is true and correct.

X *[signature]*
Arlie Lee, III

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to **Robin R. Weiner, Trustee**, P.O. Box 559007, Ft. Lauderdale, FL 33355-9007; **A.U.S.T., 51 SW First Avenue, Room 1204, Miami, FL 33130**, and **all creditors** and interested parties attached on attached Creditors Matrix by U.S. Mail 1st Class this 16th day of August, 2021.

*[signature]*
HOSKINS & TURCO, P.L.
By: Colin V. Lloyd, Esquire
Florida Bar # 0165182
302 South Second Street
Fort Pierce, FL 34950
(772)464-4600
(772)465-4747 facsimile

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-9<br>Case 21-17904-MAM<br>Southern District of Florida<br>West Palm Beach<br>Mon Aug 16 09:26:40 EDT 2021 | Ally Financial<br>Attn: Bankruptcy<br>Po Box 380901<br>Bloomington, MN 55438-0901 | Ally North America, LLC<br>Ally Detroit Center<br>500 Woodward Ave<br>Detroit, MI 48226-3416 |
| AmeriCredit/GM Financial<br>Attn: Bankruptcy<br>Po Box 183853<br>Arlington, TX 76096-3853 | COMERICA BANK, A MICHIGAN<br>1717 Main Street<br>Dallas, TX 75201-7343 | Chase Mortgage<br>Chase Records Center/Attn: Correspondenc<br>Mail Code LA4 5555   700 Kansas Ln<br>Monroe, LA 71203 |
| Everglades Fcu<br>1099 W Ventura Ave<br>Clewiston, FL 33440-3498 | Ford Motor Credit Company<br>DBA Mazda American Credit<br>American Road Recovery<br>PO Box 6508<br>Mesa, AZ 85216-6508 | Internal Revenue Service<br>ATTN: Bankruptcy Department<br>POB 7346<br>Philadelphia, PA 19101-7346 |
| Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Receivables Management Group<br>Attn: Bankruptcy<br>2901 University Ave. Suite #29<br>Columbus, GA 31907-7601 | Southwest Credit Systems<br>4120 International Parkway #100<br>Carrollton, TX 75007-1958 |
| (p)W S BADCOCK CORPORATION<br>POST OFFICE BOX 724<br>MULBERRY FL 33860-0724 | Arlie Lee III<br>423 Sago Court<br>Pahokee, FL 33476-2517 | Colin V Lloyd<br>302 So 2 St<br>Ft. Pierce, FL 34950-1559 |
| Robin R Weiner<br>POB 559007<br>Fort Lauderdale, FL 33355-9007 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

W.S. Badcock Corporation
Attn: Bankruptcy
Po Box 497
Mulberry, FL 33860

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)West Palm Beach

End of Label Matrix
Mailable recipients   15
Bypassed recipients    1
Total                 16